**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DEAN M. SAIS,

        Plaintiff,

vs.                                            Case No. 3:09-cv-1075-J-32MCR

BLAND & ASSOCIATES, et al.,

        Defendants.

### ORDER

This case is before the Court on the Magistrate Judge's April 26, 2011 Report and Recommendation (Doc. 19). Upon independent de novo review, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 19) is **ADOPTED** as the opinion of the Court.

2. The Amended Notice of Settlement and Joint Motion for Approval of Settlement (Doc. 18) is **GRANTED** to the extent that the Settlement Agreement is **APPROVED.**

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 1st day of June, 2011.

                                                  TIMOTHY J. CORRIGAN
                                                United States District Judge

mg.

Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

counsel of record
pro se parties